UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MELSON )<br>17901 Merino Drive )<br>Accokeek, MD 20607 )<br>            )<br>        Plaintiff, )<br>    v. )<br>            )<br>DIRK KEMPTHORNE, Secretary )<br>U.S. DEPARTMENT OF THE INTERIOR, )<br>NATIONAL PARK SERVICE, )<br>            )<br>        Defendant. ) | Case No: 08-0287 (CKK)<br>Electronic Case Filing |

**NOTICE OF ENTRY OF ATTORNEY APPEARANCE**

THE CLERK of the Court will please enter the appearance of Assistant United States Attorney **Charlotte A. Abel** as counsel of record for the defendant in the above-captioned civil action.

　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　CHARLOTTE A. ABEL, DC Bar #388582
　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　555 Fourth St., N.W., Rm. E4410
　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　(202) 307-2332

March 27, 2008