UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MELSON<br>17901 Merino Drive<br>Accokeek, MD 20607<br><br>　　　　　Plaintiff,<br>　　v.<br><br><br>DIRK KEMPTHORNE, Secretary<br>U.S. DEPARTMENT OF THE INTERIOR,<br>NATIONAL PARK SERVICE,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  Case No: 08-0287 (CKK)<br>)  Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Undersigned counsel moves, on behalf the Secretary of the Department of the Interior, pursuant to Fed. R. Civ. P. 6(b)(1) for an enlargement of time of thirty days in which to answer or otherwise respond to the complaint. Plaintiff filed this employment discrimination lawsuit on February 20, 2008, alleging disparate treatment on the basis of race. Defendant's answer is due on April 28, 2008. Undersigned counsel has conferred with agency counsel regarding the facts and the procedural posture of the case below. Defendant seeks an additional thirty days in which to review the administrative record to determine how best to respond to the allegations in the complaint. Defendant anticipates that a dispositive motion may be in order. Plaintiff counsel consents to this request for additional time.

Accordingly, federal defendant moves for an enlargement of time up to and including May 27, 2008, to answer or otherwise respond to the complaint.

A proposed Order consistent with this Motion is attached.

                        Respectfully submitted,

                        /s/
                        JEFFREY A. TAYLOR
                        D.C. Bar #498610
                        United States Attorney

                        /s/
                        CHARLOTTE A. ABEL
                        D.C. Bar #388582
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 4th Street, N.W.
                        Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MELSON ) <br> 17901 Merino Drive ) <br> Accokeek, MD 20607 ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> DIRK KEMPTHORNE, Secretary ) <br> U.S. DEPARTMENT OF THE INTERIOR, ) <br> NATIONAL PARK SERVICE, ) <br> ) <br> Defendant. ) | Case No: 08-0287 (CKK) <br> Electronic Case Filing |

## ORDER

Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Federal Defendants shall have up to and including May 27, 2008, to answer or otherwise respond to the Amended Complaint.

Dated this _____ day of _____, 2008.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge