UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MELSON )<br>17901 Merino Drive )<br>Accokeek, MD 20607 )<br>                                                          )<br>             Plaintiff,              )<br>     v.                                           )<br>                                                          )<br>                                                          )<br>DIRK KEMPTHORNE, Secretary )<br>U.S. DEPARTMENT OF THE INTERIOR, )<br>NATIONAL PARK SERVICE,   )<br>                                                          )<br>             Defendant.             ) | Case No: 08-0287 (CKK)<br>Electronic Case Filing |

**MOTION FOR A SECOND ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Undersigned counsel moves, on behalf the Secretary of the Department of the Interior, pursuant to Fed. R. Civ. P. 6(b)(1) for an additional week in which to answer or otherwise respond to the complaint. Plaintiff filed this employment discrimination lawsuit on February 20, 2008, alleging disparate treatment on the basis of race. Defendant's answer is due on May 27, 2008. Undersigned counsel has conferred with agency counsel regarding the facts and the procedural posture of the case below and is preparing a dispositive motion. Completion of the motion was delayed due to work on a brief due in the D.C. Court of Appeals. Defendant seeks an additional week in which to finish drafting its motion.

Accordingly, federal defendant moves for an enlargement of time up to and including June 3, 2008, to answer or otherwise respond to the complaint. Defense counsel sought consent to this motion from Plaintiff's counsel but had not received a response by the time of the filing of

this motion.

A proposed Order consistent with this Motion is attached.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR
        D.C. Bar #498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS
        D.C. Bar #434122
        United States Attorney

        /s/
        CHARLOTTE A. ABEL
        D.C. Bar #388582
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W.
        Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MELSON )<br>17901 Merino Drive )<br>Accokeek, MD 20607 )<br>)<br>          Plaintiff, )<br>     v. )<br>)<br>)<br>DIRK KEMPTHORNE, Secretary )<br>U.S. DEPARTMENT OF THE INTERIOR, )<br>NATIONAL PARK SERVICE, )<br>)<br>          Defendant. ) | Case No: 08-0287 (CKK)<br>Electronic Case Filing |

**ORDER**

Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Federal Defendants shall have up to and including June 3, 2008, to answer or otherwise respond to the Complaint.

Dated this _____ day of _____, 2008.


_____
COLLEEN KOLLAR-KOTELLY
United States District Judge