UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID MELSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 08-0287 (CKK) |
| | ) | (ECF) |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary, | ) | |
| U.S. Department of the Interior, | ) | |
| National Park Service, | ) | |
| Defendant. | ) | |

--------------------------------------------------------------------------------

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS

NOW COMES plaintiff by and through undersigned counsel and moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time of twenty one (21) days to respond to defendant's Motion to Dismiss.

Counsel needs additional time due to press of caseload and medical problems experienced by his wife who is confined to a wheel chair.

Motion to Dismiss was filed on June 3, 2008, and plaintiff's response is due June 14, 2008. Defendant's counsel consents to this request for an extension of time.

Therefore, plaintiff moves for and enlargement of time up to and including July 5, 2008, to respond to the Motion to Dismiss.

An Order is attached.

        Respectfully submitted,

        _____/s/_____
E. Ned Sloan, Esq.
D.C. Bar #4551988
SLOAN & ASSOCIATES, PLLC
7600 Georgia Ave. N.W.
Suite 208
Washington, DC 20012
202.829-0886

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID MELSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No: 08-0287 (CKK) |
| | ) | (ECF) |
| DIRK KEMPTHORNE, Secretary, | ) | |
| U.S. Department of the Interior, | ) | |
| National Park Service, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of plaintiff's Consent Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that the Motion for an Enlargement of Time is GRANTED, and it is

FURTHERED ORDERED THAT plaintiff shall have up to and including July 5, 2008, to reply to the Motion to Dismiss.

Dated this _____ day of _____ , 2008.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge