UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID MELSON<br>17901 Merino Drive<br>Accokeek, MD 20607<br><br>    Plaintiff,<br>    v.<br><br>DIRK KEMPTHORNE, Secretary<br>U.S. DEPARTMENT OF THE INTERIOR,<br>NATIONAL PARK SERVICE,<br><br>    Defendant. | Case No: 08-0287 (CKK)<br>Electronic Case Filing |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE REPLY**

Undersigned counsel moves, on behalf the Secretary of the Department of the Interior, pursuant to Fed. R. Civ. P. 6(b)(1) for an additional week in which to file a reply to plaintiff's opposition to defendant's motion to dismiss this case. Plaintiff filed this employment discrimination lawsuit on February 20, 2008, alleging disparate treatment on the basis of race. Defendant moved to dismiss and plaintiff opposed the motion on July 5, 2008. Defendant's reply is due on July 14, 2008.

Defendant seeks an additional week in which to file a reply to plaintiff's opposition to the motion to dismiss. The grounds for the motion are that undersigned counsel is currently working on a subpoena matter which was assigned to her on July 8, with a return date of July 10, and which required immediate action. She is uncertain whether she can complete the reply in the instant case in a timely manner due to this obligation. She seeks this extension in advance of the

deadline in an abundance of caution.

Accordingly, federal defendant moves for an enlargement of time up to and including July 21, 2008, to file a reply. Defense counsel sought and received consent to this motion from Plaintiff's counsel.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID MELSON<br>17901 Merino Drive<br>Accokeek, MD 20607<br><br>   Plaintiff,<br>v.<br><br><br>DIRK KEMPTHORNE, Secretary<br>U.S. DEPARTMENT OF THE INTERIOR,<br>NATIONAL PARK SERVICE,<br><br>   Defendant. | Case No: 08-0287 (CKK)<br>Electronic Case Filing |

**ORDER**

Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Federal Defendants shall have up to and including July 21, 2008, to file a reply to plaintiff's opposition to defendant's motion to dismiss.

Dated this _____ day of _____, 2008.


_____
COLLEEN KOLLAR-KOTELLY
United States District Judge